# UNITED STATES DISTRICT COURT
## District of Kansas
(Kansas City Docket)

UNITED STATES OF AMERICA,

Plaintiff,

v.

BRANDY L. McGUIRE,

Defendant.

CASE NO. 2:26-cr-20046-HLT-JBW
Filed Under Seal

# INDICTMENT

**THE GRAND JURY CHARGES**:

## COUNT 1

### TAMPERING WITH A CONSUMER PRODUCT
[18 U.S.C. § 1365(a)]

From on or about August 12, 2025 and continuing to on or about September 17, 2025, the dates being approximate and inclusive, in the District of Kansas, the defendant,

**BRANDY L. McGUIRE**,

with reckless disregard for the risk that another person would be placed in danger of bodily injury, and under circumstances manifesting extreme indifference to such risk, the defendant tampered with a consumer product that affected interstate commerce and

1

foreign commerce, specifically fentanyl, by removing from a locked cabinet in the patient recovery room, at least one vial containing fentanyl, which was from a Missouri distributor, removing fentanyl from the vial, and replacing the fentanyl with an unknown substance before returning the vial to the locked cabinet.

In violation of Title 18, United States Code, Section 1365(a).

## COUNT 2

**POSSESSION OF FENTANYL BY DECEPTION AND SUBTERFUGE**
**[21 U.S.C. §§ 843(a)(3) and 843(d)]**

From on or about August 12, 2025 and continuing to on or about September 17, 2025, the dates being approximate and inclusive, in the District of Kansas, the defendant,

**BRANDY L. McGUIRE**,

knowingly and intentionally acquired and obtained possession of fentanyl, a controlled substance, by misrepresentation, deception, and subterfuge.

In violation of Title 21, United States Code, Sections 843(a)(3) and 843(d).

## FORFEITURE NOTICE

1.      The allegations contained in Counts 1-2 of this Indictment are hereby realleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 21, United States Code, Section 853.

2.      Upon conviction of one or more of the offenses set forth in Count 2 of this Indictment, the defendant,

**BRANDY L. McGUIRE,**

2

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853, any property constituting or derived from any proceeds obtained, directly or indirectly, as the result of such offense and any property used or intended to be used, in any manner or part, to commit or to facilitate the commission of the offense, including but not limited to:

A.  Missouri nursing license 147950.


A TRUE BILL.


MAY 6, 2026                              s/Foreperson
DATE                                     FOREPERSON OF THE GRAND JURY


RYAN A. KRIEGSHAUSER
UNITED STATES ATTORNEY

By: */s/ Michelle McFarlane*
MICHELLE MCFARLANE
Assistant United States Attorney
District of Kansas
500 State Avenue, Suite 360
Kansas City, Kansas  66101
Ph: (913) 551-6730
Fax: (913) 551-6541
Email: michelle.mcfarlane@usdoj.gov
Ks. S. Ct. No. 26824

IT IS REQUESTED THAT THE TRIAL BE HELD IN KANSAS CITY, KANSAS

3

## **PENALTIES**

## **Count 1: Tampering with a Consumer Product, 18 U.S.C. § 1365(a)**

• Punishable by a term of imprisonment of not more than ten (10) years. 18 U.S.C. § 1365(a).

• A term of supervised release of not more than three (3) years. 18 U.S.C. § 3583(b)(2).

• A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

• A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

• Restitution. 18 U.S.C § 3663A(c)

## **Counts 2: Obtaining Controlled Substances by Deception and Subterfuge, 21 U.S.C. § 843(a)(3) and (d)**

• Punishable by a term of imprisonment of not more than four (4) years. 21 U.S.C. § 843(d)(1).

• A term of supervised release of not more than one (1) year. 18 U.S.C. § 3583(b)(3).

• A fine not to exceed $250,000. 18 U.S.C. § 3571(b)(3).

• A mandatory special assessment of $100.00. 18 U.S.C. § 3013(a)(2)(A).

• Forfeiture.

• Restitution. 18 U.S.C § 3663A(c)